■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMARIO D. NANCE, Appellant. [723 NYS2d 917] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Kehoe and Burns, JJ.